# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CYNTHIA JOHNSON, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 16-cv-02447-KBJ |
| | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS DEFENDANT DISCOVER FINANCIAL SERVICES, INC.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Defendant Discover Financial Services ("Discover"), hereby request the Court to dismiss this matter with prejudice as it relates to Discover. Plaintiff and Discover have settled all disputes between them. Accordingly, the parties request the Court to enter the Proposed Order attached hereto as Exhibit 1.

Respectfully Submitted,

| **CYNTHIA JOHNSON** | **DISCOVER FINANCIAL SERVICES, INC.** |
|---|---|
| By: /s/ Kristi C. Kelly | /s/ *Jessica H. Sadler* |
| Kristi C. Kelly, (No. 974872) | John D. Sadler (Bar No. 16421) |
| KELLY & CRANDALL, PLC | Jessica Hepburn Sadler (Bar No. 994571) |
| 3925 Chain Bridge Road | Pavitra Bacon (Bar No. 983243) |
| Suite 202 | BALLARD SPAHR LLP |
| Fairfax, Virginia 22030 | 1909 K Street, NW, 12th Floor |
| (703) 424-7572 (Telephone) | Telephone: (202) 661-2259 |
| (703) 591-0167 (Facsimile) | Facsimile: (202) 661-6299 |
| kkelly@kellyandcrandall.com | sadlerj@ballardspahr.com |
| *Counsel for Plaintiff* | SadlerJH@ballardspahr.com |
| | baconp@ballardspahr.com |
| | |
| | *Counsel for Discover Financial Services, Inc.* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Kristi Cahoon Kelly, Esq., (No. 974872)
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiff*
