UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CYNTHIA JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 16-cv-02447 (KBJ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On June 7, 2017, Plaintiff and Defendant Credit One Bank, N.A. filed a joint notice informing the Court that they have reached a settlement. (ECF No. 37.) Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. (General Order and Guidelines for Civil Cases Before Judge Ketanji Brown Jackson, ECF No. 22, App'x ¶ 7(b).)

All other defendants have now reached settlement and been dismissed from this action with prejudice. (ECF Nos. 23, 40, 42; Minute Order dated May 19, 2017.) Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until September 14, 2017, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice. It is

**FURTHER ORDERED** that the Status Conference set for 8/3/2017 at 2:00 PM in Courtroom 17 before Judge Ketanji Brown Jackson is hereby **CANCELLED**.

Date: July 31, 2017

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge